JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| HUGO JOSE LUA, <br>     Petitioner, <br>       v. <br> FOSS, Warden, <br>     Respondent. | Case No. ED CV 19-758-DOC (SP) <br><br> **JUDGMENT** |

    Pursuant to the Memorandum and Order Summarily Dismissing Petition for Writ of Habeas Corpus,

    IT IS HEREBY ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

Dated: May 31, 2019

_David O. Carter_
HONORABLE DAVID O. CARTER
UNITED STATES DISTRICT JUDGE